# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

JAMES ANTHONY KOLENKO, II,

     Plaintiff,

v.                                                     2:24-cv-981-NPM

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

---

## ORDER

The parties consented to proceed before a magistrate judge for all proceedings (Doc. 1), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 20). The Commissioner of Social Security seeks remand to:

> direct the administrative law judge (ALJ) to offer Plaintiff the opportunity for a hearing; give further consideration to the medical source opinions and prior administrative medical findings; give further consideration to Plaintiff's maximum residual functional capacity; if warranted, obtain supplemental evidence from a vocational expert; take any further action needed to complete the administrative record; and issue a new decision.

(Doc. 20 at 1).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 20) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on

remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment accordingly, terminate all scheduled events, and close the case.

**ORDERED** on March 14, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge